COURT OF APPEALS

                                         SECOND
DISTRICT OF TEXAS

                                                     FORT
WORTH

NO.
2-07-326-CR                           

 

DAVID ASATI ANUNDA                                                    APPELLANT

 

                                                      V.

THE STATE OF TEXAS                                                                 STATE

                                                   ----------

             FROM THE 396TH
DISTRICT COURT OF TARRANT COUNTY

                                                   ----------

                   MEMORANDUM OPINION[1]
AND JUDGMENT

                                                   ----------

We have considered AAppellant=s Motion To
Dismiss Appeal.@  The motion is granted.  We withdraw the opinion and judgment of
October 30, 2008, and dismiss the appeal. 
See Tex. R. App. P. 42.2(b); Tex. R. App. P. 43.2(f).

 

PER CURIAM

 

PANEL:  CAYCE, C.J.; WALKER, and
MCCOY, JJ.

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 








DELIVERED: November 20, 2008











[1]See Tex. R. App. P. 47.4.